1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division                JS - 6
   ANN L. MALEY
4  Special Assistant United States Attorney
   California Bar No. 176877
5
       333 Market Street, Suite 1500
6      San Francisco, California 94105
       Telephone: (415) 977-8974
7      Facsimile: (415) 744-0134
       E-Mail: Ann.Maley@ssa.gov
8
   Attorneys for Defendant,
9      Commissioner of Social Security

10                  UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
11

12

13  TSEGABU BEKELE HAILU,           )      **No. CV-08-6704 VBK**
                                    )
14                                  )      **JUDGMENT** OF REMAND
                                    )
15           Plaintiff,             )      **Court:  Hon. Victor B. Kenton**
                                    )              **U.S. Magistrate Judge**
16           v.                     )
                                    )
17  MICHAEL J. ASTRUE,              )
    Commissioner of Social Security,)
18                                  )
                                    )
19           Defendant.             )
    _____)

20
         The Court having approved the parties' Stipulation to Voluntary Remand
21
    Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
22
    ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment
23
    of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
24
    above-captioned action is remanded to the Commissioner of Social Security for
25
    further proceedings consistent with the Stipulation of Remand.
26
    DATED:    June 15, 2009              /s/
27                                       VICTOR B. KENTON
                                         UNITED STATES MAGISTRATE JUDGE
28